**MEMO ENDORSED**



**JASPAN SCHLESINGER LLP**
ATTORNEYS AT LAW

**Stanley A. Camhi**
Partner
516.393.8224
scamhi@jaspanllp.com
Respond to Garden City Office

March 24, 2020

Honorable Nelson S. Roman
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

      Re: Vinluan v. Ardsley Union Free School District, et.al.
          19-cv-06496 (NSR)(PED)

Dear Judge Roman:

    This firm represents the Defendants in the above referenced matter which is assigned to Your Honor. On March 19, 2020, in accordance with Your Honor's bundle rule, we filed via ECF Defendants' motion to dismiss the complaint. [Dkt 56] After it was efiled, Mrs. Vinluan brought to our attention that we had made an error in the filing and that Plaintiff's opposition to the motion was inadvertently not included. We attempted several times to contact the Clerk's office to correct the error but there was no answer. We therefore refiled the motion correctly this morning including Plaintiff's opposition to the motion along with Defendants' Reply. [Dkt 57]

    We apologize for this error and any confusion which it may have caused. We will continue our attempt to reach the Clerk to explain what happened so that a proper notation can be entered on the docket.

                        Respectfully,

                        s/Stanley A. Camhi

                        STANLEY A. CAMHI

cc: Maria Theresa C. Vinluan (via email)

Due to a filing error (omission of Plaintiff's opposition papers) in Defendants' Motion to Dismiss (ECF No. 56), Defendants' counsel corrected the omission and refiled their motion to dismiss (see ECF No. 57). Therefore, the Motion to Dismiss filed at ECF No. 56 shall be terminated as duplicative and the Clerk of the is Court requested to terminate the motion (ECF No. 56).

Dated: April 6, 2020        SO ORDERED.

                                        Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2020

SAC/D1450993v1/M076544/C0027830