**MEMO ENDORSED**

Vincent M. Chiappini
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 735-3000

Stanley A. Camhi
Jaspan Schlesinger LLP
300 Garden City Plaza, 5th Floor
Garden City, NY 11530
Telephone: (516) 746-8000

October 21, 2021

**VIA ECF**

Honorable Nelson S. Román
United States District Court for the
 Southern District of New York
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2021
```

Movants' application is granted until November 1, 2021. This is a final extension. No further extensions will be granted. The Clerk of Court is kindly directed to terminate the motion at ECF No. 69.

Dated: October 22, 2021
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

RE: *Vinluan v. Ardsley Union Free School District, et al.*, No. 19-cv-6496-NSR (S.D.N.Y.) [rel: 19-cv-10674-NSR; 21-cv-5365-NSR]

Dear Judge Román:

On behalf of the parties in the above-referenced action, we jointly submit this letter to respectfully request an extension of the deadline for plaintiffs to file the Third Amended Complaint to November 22, 2021. This extension would facilitate ongoing negotiations to settle this action and the two related actions also before this Court.

The parties have made substantial progress in settlement negotiations and are negotiating within a narrow range to settle this action as well as both of the related actions before this Court: No. 19-cv-10674-NSR and No. 21-cv-5365-NSR.[1] The parties believe that it would be most efficient to focus on reaching a negotiated resolution of all three of the actions pending before the Court, and thus respectfully request that the Court grant this request for an extension.

The Third Amended Complaint was originally due on or before August 25, 2021. (ECF No. 64 at 22.) On August 10, 2021, the parties submitted a joint letter to the Court requesting that the Court grant plaintiffs an extension to file their Third Amended Complaint on or before October 25, 2021. (ECF No.

---

[1] In order to facilitate these settlement negotiations, the parties are also requesting in a separate letter that the Court extend the parties' deadline to file their revised proposed Civil Case Discovery Plan and Scheduling Order in No. 19-cv-10674-NSR.

Hon. Nelson S. Román
October 21, 2021
Page 2

65.) The Court ordered plaintiffs to submit a Third Amended Complaint on or before September 24, 2021. (ECF No. 66.) In response to a further joint extension request to support settlement negotiations (ECF No. 67), the Court granted plaintiffs an extension to file the Third Amended Complaint by October 25, 2021 (ECF No. 68). This is the third request for an extension with respect to the deadline to file the Third Amended Complaint.

The parties remain available should Your Honor wish to discuss this request or any other matter.

Respectfully submitted,

*/s/* Stanley A. Camhi
Stanley A. Camhi
Carol A. Melnick
Jillian L. McNeil
JASPAN SCHLESINGER LLP
300 Garden City Plaza, 5th Floor
Garden City, NY 11530
Telephone: (516) 746-8000
scamhi@jaspanllp.com
cmelnick@jaspanllp.com
jmcneil@jaspanllp.com

*Attorneys for Defendants*

*/s/* Vincent M. Chiappini
Kamali P. Willett
Vincent M. Chiappini
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000
kamali.willett@probonolaw.com
vinnie.chiappini@probonolaw.com

*Attorneys for Plaintiffs*